**Andrew Scott WALLACE, Plaintiff–Appellant,**

v.

**Jeffrey Thomas TROST; William Vollmar, II, M.D.; Stephen G. Diamantoni, M.D.; Diamantoni & Associates; John or Jane Doe, Defendants–Appellees.**

No. 13–1454.

United States Court of Appeals, Fourth Circuit.

Submitted: June 20, 2013.

Decided: June 25, 2013.

Andrew Scott Wallace, Appellant Pro Se. Steven Andrew Book, M. Natalie McSherry, Kramon & Graham, PA, Baltimore, Maryland; Jan I. Berlage, Gohn, Hankey & Stichel, LLP, Baltimore, Maryland, for Appellees.

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrew Scott Wallace appeals the district court's order denying his motion to remand under 28 U.S.C. § 1447(c) (2006) and granting defendants' motions to dismiss the complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wallace v. Trost,* No. 8:13–cv–00101–DKC, 2013 WL 1316453 (D.Md. Mar. 26, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*